UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 07-cr-238-01-JD

<u>Timothy Demontier</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          <u>*/s/Joseph A. DiClerico, Jr.*</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: January 18, 2008

cc:  Mark A. Irish, Esq.
     Jessica C. Brown, Esq.
     U.S. Marshal
     U.S. Probation