UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Criminal No. 07-cr-238-01-JD

<u>Timothy Demontier</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              ***/s/ Joseph A. DiClerico***
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: April 11, 2008


cc: Mark A. Irish , Esq.
    Jessica C. Brown, Esq.
    U.S. Marshal
    U.S. Probation